BUFFALO HARD WOOD LUMBER COMPANY, Respondent, *v.* LOUIS J. LANG et al., Appellants.

*Buffalo Hard Wood Lumber Co.* v. *Lang,* 146 App. Div. 884 affirmed.
(Argued February 3, 1913; decided April 1, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 14, 1911, affirming a judgment in favor of

plaintiff entered upon a verdict in an action upon an alleged contract of guaranty.

*Glenn W. Woodin, Elton D. Warner* and *Joseph C. White* for appellants.

*Thomas C. Burke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, CUDDE-BACK, HOGAN and MILLER, JJ. Not voting: HISCOCK, J. Absent: GRAY, J.